UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SIGNATURE BRIDGE BANK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CA-MISSION STREET LIMITED PARTNERSHIP,<br><br>　　　　　Defendant. | Case No. 23-cv-03218-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates.

The parties are required to file a stipulation of dismissal by **June 20, 2024** or a written explanation showing cause why the case should not be dismissed. If no response to this order is filed, the case will be dismissed without further notice.

**IT IS SO ORDERED.**

Dated: May 16, 2024

_____
Richard Seeborg
Chief United States District Judge